[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12596
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 22, 2011
JOHN LEY
CLERK

D. C. Docket No. 5:10-cv-00072-HLA-MCR

BAILEY INDUSTRIES, INC.,

                                        Plaintiff-Appellee,

                    versus

AMERISURE MUTUAL INSURANCE COMPANY,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 22, 2011)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that Defendant-Appellant Amerisure Mutual Insurance Company has not shown any reversible error in the district court's order, dated May 6, 2011, granting summary judgment in part in favor of Plaintiff-Appellee Bailey Industries, Inc., as to the claim for $188,780.73. There was no cross-appeal of the district court's grant of summary judgment in part to Defendant-Appellant Amerisure as to the additional $540.00 sought by Plaintiff-Appellee Bailey Industries.

**AFFIRMED.**